UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>KEVIN C. REINHARDT,<br><br>            Defendant. | Case No. 9:21-PO-5064-KLD<br><br>VIOLATION: FBDW00H2<br><br>DISPOSITION CODE: PE<br><br>ORDER ACCEPTING<br>PLEA LETTER |

    Plaintiff's counsel, Jen Clark, Assistant U.S. Attorney, submitted a letter to the Court dated September 22, 2021, advising Plaintiff has reached an agreement with Defendant. Plaintiff has agreed to reduce the total amount due on the violation notice from $230.00 to $115.00, and Defendant has agreed to forfeit that amount.

    **IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $115.00, which has been paid in full.

    DATED this 18th day of November, 2021.

                                                                _____
                                                                KATHLEEN L. DESOTO
                                                                United States Magistrate Judge